# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ANDREWS, | **Case No.: 3:18-cv-00332-LRH-WGC** |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| SOLID SOURCE REALTY and DOES I-X, | |
| Defendants. | |

Plaintiff, MELISSA ANDREWS, and Defendant, BIPIT, LLC dba SOLID SOURCE REALTY, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 19th day of December, 2018.    DATED this 19th day of December, 2018.

MARK MAUSERT LAW OFFICE

By: ___/s/ Mark Mausert                    By: ___/s/ Scott Gronek
MARK MAUSERT                               SCOTT A. GRONEK, ESQ.
CODY OLDHAM                                1610 Meadow Wood Lane
729 Evans Avenue                           Reno, Nevada 89502
Reno, Nevada 89512

*Attorneys for Plaintiff*                  *Attorney for Defendant*

**IT IS SO ORDERED.**

Dated this 21st day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE